**E-FILED**
Wednesday, 14 October, 2009  04:08:56 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **CARLA M. SANFORD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | )  Case No. 08-2196 |
| **MICHAEL J. ASTRUE,** | ) |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) |
| | ) |
| **Defendant.** | ) |

# O R D E R

In February 2008, Administrative Law Judge (hereinafter "ALJ") John Wood denied Plaintiff Carla Sanford's application for social security disability insurance benefits for a closed period from May 2004 through October 2005.  ALJ Wood based his decision on his finding that Plaintiff was able to perform some of her past relevant work.

In August 2008, Plaintiff filed a Complaint for Judicial Review (#3) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits.  In January 2009, Plaintiff filed a Motion for Summary Judgment or Remand (#10).  In May 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#14).

After reviewing the administrative record and the parties' memoranda, this Court denied Plaintiff's Motion for Summary Judgment (#10).  Consistent with the Court's reasoning in the Order denying Plaintiff's motion, the Court now **GRANTS** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#14)**.

ENTER this 14th day of October, 2009.

                                                s/ DAVID G. BERNTHAL
                                                U.S. MAGISTRATE JUDGE